The judgment of the Court of Civil Appeals is reversed, and the judgment of the trial court is affirmed.

## McGUIRE v. STATE.
### No. 25705.

Court of Criminal Appeals of Texas.
Feb. 13, 1952.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The state has filed a motion to dismiss this appeal and accompanies it with an affidavit showing that the appellant has escaped jail. The motion is granted. The appeal is dismissed.

## Ex parte HOOVER.
### No. 25704.

Court of Criminal Appeals of Texas.
Feb. 6, 1952.

Fred Woodard, Corpus Christi, for appellant.

John Young, County Atty., Corpus Christi, George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Commissioner.

Relator was adjudged to be in contempt of court in connection with a child custody matter and remanded to jail for 10 days.

After having been imprisoned for three days, she sought and obtained leave to file in this court her application for habeas corpus to secure her release.

Leave was granted upon the allegation that the punishment assessed was in excess of the maximum provided for a single act of contempt under Art. 1911, R.C.S. and relator was admitted to bail.

It now appears that the order adjudging relator to be in contempt of court has been modified, and the punishment fixed at three days in jail. The modified order further recites that relator has purged herself of the contempt by virtue of having been imprisoned for three days.

The question raised is therefore moot, and the application for habeas corpus is dismissed.

Opinion approved by the court.